UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2004M0559RBC |
| ) | |
| THOMAS B. ASELTINE ) | |

### GOVERNMENT'S MOTION TO SEAL

The United States hereby respectfully moves the Court to seal the complaint, supporting affidavit, arrest warrant, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of the Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case and related cases.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JOHN A. CAPIN
Assistant U.S. Attorney
(617) 748-3264

Dated: December 20, 2004

DEC 22 2004   DENIED.