UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  CRIMINAL CASE NO.

2004-M-0559-RBC

THOMAS ASELTINE

Defendant

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of Wednesday, December 22, 2004, to represent said defendant in this cause until further order of the Court

TONY ANASTAS
CLERK OF COURT

By: */s/ Noreen A. Russo*
Noreen A. Russo, Deputy Clerk
To the Honorable Robert B. Collings

DATE: December 22, 2004

N:\Federal_Defender\FederalPublicDefender.Byrne.wpd