```
                  UNITED STATES DISTRICT COURT

                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
        v.                      )   MAGISTRATE NO. 04-M-0559-RBC
                                )
THOMAS B. ASELTINE              )
```

                          MOTION TO WITHDRAW

   Undersigned counsel moves to withdraw from the above-captioned case.  As reason therefor, the Federal Defender Office has a conflict which prevents counsel from representing Mr. Aseltine.

                                    /s/ Catherine K. Byrne

                                    Catherine K. Byrne
                                       B.B.O. #543838
                                    Federal Defender Office
                                    408 Atlantic Avenue, 3rd Floor
                                    Boston, MA  02110
                                    Tel: 617-223-8061