# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                          MAGISTRATE JUDGE'S DOCKET
                                  NO. 04M0559RBC

THOMAS B. ASELTINE,
       Defendant.

## *ORDER PURSUANT TO RULE 5.1, FED.R.CRIM. P.*

COLLINGS, U.S.M.J.

      The defendant appeared with counsel on December 29, 2004. After hearing, I find that there is probable cause to believe that the defendant committed the crime with which he is charged in the Complaint.

      Accordingly, pursuant to Rule 5.1(a), Fed.R. Crim. P., it is ORDERED that the defendant be, and he hereby is, held to answer in the District Court.

      Pursuant to Rule 5.1(c), Fed.R. Crim. P., all papers in the above-styled

case are TRANSMITTED herewith to the District Court.


/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge


Date:  December 29, 2004.